IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**JESUS GONZALEZ**

    **Plaintiff**                                **Case Number**: **1:24-cv-23361-CMA**

**V.**

**AWAD BAIG, INC.**

    **Defendant**

_____/

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of dismissal of this action with prejudice as to all Defendant(s) and, unless otherwise agreed, each party shall bear their own attorney's fees and costs.

                                            Respectfully submitted,

Dated: September 25, 2024                  */s/ Alberto R. Leal*.
                                                 Alberto R. Leal, Esq., P.A.
                                                 Florida Bar No.: 1002345
                                                 E-Mail: albertolealesq@gmail.com
                                                 Phone: 954-637-1868